ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 9:05:01 AM
Pam Estes
CLERK

**ROBERT M. MINTON**
**DAVID P. BROWN**

**PHONE**   **(903) 657-3543**
**FAX**   **(903) 657-3545**

## MINTON & BROWN, PLLC
**ATTORNEYS AT LAW**
**HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING**
**134 NORTH MARSHALL STREET**
**P. O. BOX 1688**
**HENDERSON, TEXAS 75653-1688**
E-Mail: mintonbrown@suddenlinkmail.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 9:05:01 AM
PAM ESTES
Clerk

November 13, 2015

Ashley Yount, Deputy Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste. 354
Tyler, TX   75702

>      **RE:**   **Estate of Willie Sue Hammack, Deceased; 12th Court of Appeals Case No. 12-15-00246-CV**

Dear Ms. Yount:

Attached with this filing please find your letter of November 12, 2015, requesting payment in the amount of $10.00 for fees relating to our Joint Motion to Extend Time to File Brief.

Further submitted with this filing is payment for same.

Yours very truly,
**MINTON & BROWN, PLLC**

Robert M. Minton

RMMtnp